UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RICHARD MAHOGANY, JR.**                                         **CIVIL ACTION**

**VERSUS**                                                         **NO. 07-1280**

**LA.R.S. 15:1186(A)(2) AND (B)(2)(a), ET AL.**                    **SECTION: "J"(3)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's objection thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** pursuant to pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

New Orleans, Louisiana, this 26th day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE